IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hayley DePorter,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. CV-20-00567-TUC-JAS (LAB)<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation (Doc. 24) issued by United States Magistrate Judge Leslie Bowman that recommends reversing the final decision of the Commissioner. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

　　　　The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　　Magistrate Judge Bowman's Report and Recommendation (Doc. 24) is accepted and adopted. The final decision of the Commissioner is reversed and remanded for further proceedings consistent with the Report and Recommendation. The Clerk shall enter judgment and close the file in this case.

　　　　Dated this 7th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge